

# Texas Department of Criminal Justice

—————————————————————————————— **Brad Livingston**
**Executive Director**

August 19, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2015

Abel Acosta, Clerk

The Honorable Anne Lorentzen
Nueces County District Clerk
901 Leopard Street Rm. #313
Corpus Christi, Texas 78401

RE: **DANIEL LOPEZ, TDCJ #999555**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **DANIEL LOPEZ,** issued in the 117th District Court of Nueces County, Texas, on May 12, 2015, which was carried out on August 12, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 43.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc: The Honorable Gregg Abbott, Governor
The Honorable Ken Paxton, Attorney General
Louise Pearson, Clerk, Court of Criminal Appeals
Kelly Enloe, Chairman, Classification & Records, TDCJ

CW/cf
Attach

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
**Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov**

P.O. Box 13084 Capitol Station
Austin, Texas 78711-3084

P.O. Box 4004
Huntsville, Texas 77342-4004

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 16th day of March, 2010 and executed the 12th day of August, 2015 by the death of **DANIEL LOPEZ.**

DISPOSITION OF BODY:

DATE: _August 12, 2015_

TIME: _6:31 pm_

_____

William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division

# CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. DANIEL LOPEZ* issued in the 117th District Court of Nueces County, Texas, on May 12, 2015 and was executed according to the laws of the State of Texas on August 12, 2015. The death of **DANIEL LOPEZ** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at 6:31 p.m. on August 12, 2015. The body of the deceased was given into the custody of <u>Carnes Funeral Home</u> agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

_____

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 12th day of August 2015.



**CONNIE E. WEICH**
Notary Public. State of Texas
My Commission Expires
11-06-2017
**Notary Without Bond**

_____

NOTARY PUBLIC, Walker County, Texas

My Commission expires: 11-06-2017

CAUSE NO. 09-CR-0787-B

| THE STATE OF TEXAS | IN THE 117TH DISTRICT |
|---|---|
| VS. | COURT OF |
| DANIEL LOPEZ | NUECES COUNTY, TEXAS |

## DEATH WARRANT

TO THE DIRECTOR OF THE CORRECTIONAL INSTITUTIONS DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF NUECES COUNTY, TEXAS:

On the 2nd day of March, 2010, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 5th day of March, 2010, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals' mandate affirming the above-named defendant's conviction for capital murder and having received an order from the Court of Criminal Appeals accepting the above-named defendant's waiver of appointment of counsel to represent him in a post-conviction writ of habeas corpus under Tex. Code Crim. Proc. art. 11.071 and finding that his failure to timely file an application for habeas corpus relief under that article constituted a waiver of all grounds for relief that were available to him before the last date on which his application could have been timely filed, and having previously sentenced the above-named defendant to death for the offense of capital murder, ORDERS that the execution be had on Wednesday, the 12th day of August, 2015, at any time after the hour of 6:00 p.m. at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Nueces County, Texas, is hereby commanded to deliver this warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the warrant, and the sheriff will return the receipt to the office of the District Clerk of Nueces County, Texas.

The Director of the Correctional Institutions Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m. on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant sufficient to cause death, and the injection of the substance or substances into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Witness my hand and seal of the 117th District Court of Nueces County, Texas, at my office in

## ORIGINAL

sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said DANIEL LOPEZ and until the said DANIEL LOPEZ is dead, such procedure to be determined and supervised by the Director of the Institutional Division of the Texas Department of Criminal Justice.

The clerk of this Court shall, within ten days after the Court enters this Original Order Setting Execution, issue and deliver to the Sheriff of Nueces County, Texas, a certified copy of this Order along with a Death Warrant in accordance with Tex. Code Crim. Proc. Ann. art. 43.15 (West 2006). The Death Warrant shall recite the fact of conviction, setting forth specifically the offense, the judgment of the Court and the time fixed for execution. The Death Warrant shall be directed to the Director of the Institutional Division of the Texas Department of Criminal Justice in Huntsville, Texas, and command the Director to proceed to put into execution the judgment of death against the said DANIEL LOPEZ.

The Sheriff of Nueces County, Texas is hereby ordered, upon receipt of said Death Warrant, to deliver said Death Warrant and a certified copy of this Order to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

SIGNED AND ENTERED THIS _12_ day of _may_, 2015.

Sandra Watts
Presiding Judge
117th District Court
Nueces County, Texas

CAUSE NO. 09-CR-0787-B

| THE STATE OF TEXAS | | IN THE 117TH DISTRICT |
| VS. | | COURT OF |
| DANIEL LOPEZ | | NUECES COUNTY, TEXAS |

## ORIGINAL ORDER SETTING EXECUTION

This day this cause was again called for the purpose of setting the defendant's execution date in accordance with the verdict and judgment rendered against him on the 5th day of March, 2010. The verdict and judgment in the defendant's case were reviewed on direct appeal by the Court of Criminal Appeals of Texas, which affirmed such judgment, *see Lopez v. State*, No. AP-76,327, 2012 WL 5358863, 2012 Tex. Crim. App. Unpub. LEXIS 1159 (Tex. Crim. App. Oct. 31, 2012) (not designated for publication), and subsequently issued its mandate on November 27, 2012. This Court has received such decision and mandate, which are on file among the papers of this cause. On April 18, 2012, the Court of Criminal Appeals accepted the defendant's waiver of appointment of counsel to represent him in a post-conviction writ of habeas corpus under Tex. Code Crim. Proc. art. 11.071 and found that his failure to timely file an application for habeas corpus relief under that article constituted a waiver of all grounds for relief that were available to him before the last date on which his application could have been timely filed. *See Ex parte Lopez*, No. WR-77,157-01, 2012 Tex. Crim. App. Unpub. LEXIS 1376 (Tex. Crim. App. Apr. 18, 2012) (not designated for publication). On July 1, 2014, the United States District Court for the Southern District of Texas found the defendant competent to waive federal habeas review, found that he did so knowingly and voluntarily, granted his motion to dismiss his habeas action with prejudice, denied the



post-judgment motion filed by his attorneys, found that he was competent to terminate representation by habeas counsel, and granted his motion to dismiss counsel, effective on the conclusion of any appeal. *See Lopez v. Stephens*, Civ. No. 2:12-CV-160, 2014 WL 2981056, 2014 U.S. Dist. LEXIS 89213 (S.D. Tex. July 1, 2014) (unpublished), Upon such appeal by counsel who were appointed for the defendant by the federal district court against his will and who filed such appeal despite the defendant's wishes, on April 6, 2015, the United States Court of Appeals for the Fifth Circuit affirmed the district court's order finding the defendant competent to waive federal habeas proceedings and ordered that no further pleadings would be accepted from counsel absent leave of court supported by the defendant's election to proceed through such counsel. *See Lopez v. Stephens*, ___ F.3d ___, 2015 WL 1566581, 2015 U.S. App. LEXIS 5522 (5th Cir. 2015). No pleadings having been filed in the United States Supreme Court, the defendant's conviction is now final. On or about April 13, 2015, this Court received a *pro se* "Motion to Declare Information About Appeal and Execution," wherein the defendant asked it to set his execution date. Therefore, this Court now enters the following order:

IT IS ORDERED that the defendant, DANIEL LOPEZ, who has been adjudged guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and the judgment of the Court at death, shall be kept in custody by the Director of the Institutional Division of Texas Department of Criminal Justice at Huntsville, Texas, until Wednesday, the 12th day of August, 2015, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at any time after 6:00 p.m., in a room arranged for the purpose of execution, the Director, acting as provided by law, is commanded to carry out this